IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLYN BRIDGES and DANNY COLLINS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>THE BLACKSTONE GROUP INC., a Delaware corporation,<br><br>  Defendant. | Case No. 3:21-cv-01091 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant The Blackstone Group Inc.[1] ("Blackstone") states that it is a corporation incorporated in the state of Delaware with no parent company. To Blackstone's knowledge, no publicly traded entity holds 10% or more of its stock.

Dated: September 2, 2021                    Respectfully submitted,

                              /s/ Martin L. Roth
                              Martin L. Roth
                              Alyssa C. Kalisky
                              Amelia H. Bailey
                              KIRKLAND & ELLIS LLP
                              300 North LaSalle Street
                              Chicago, Illinois  60654
                              (312) 862-2000
                              (312) 862-2200
                              martin.roth@kirkland.com
                              alyssa.kalisky@kirkland.com
                              amelia.bailey@kirkland.com

---

[1] As of August 6, 2021, The Blackstone Group Inc. is now "Blackstone Inc."

*Counsel for The Blackstone Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, the foregoing document was filed using the CM/ECF system and I caused the foregoing document to be electronically transmitted via electronic mail and U.S. mail to the following:

Gregory L. Shevlin
COOK, BARTHOLOMEW, SHEVLIN,
COOK & JONES, LLP
12 West Lincoln St.
Belleville, IL 62220
(618) 235-3500
gls@cbsclaw.com

Gary M. Klinger
MASON LIETZ & KLINGER LLP
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
(202) 429-2290
gklinger@masonllp.com

Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6487
jjagher@fklmlaw.com

Brian M. Hogan
FREED KANNER LONDON &
MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
bhogan@fklmlaw.com

Katrina Carroll
CARLSON LYNCH, LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
(312) 750-1265
kcarroll@carlsonlynch.com

*Counsel for Plaintiffs*          /s/ Martin L. Roth
                                  Martin L. Roth