## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLYN BRIDGES and DANNY COLLINS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE BLACKSTONE GROUP, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 3:21-cv-01091-NJR |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Danny Collins hereby dismisses his claims in their entirety, WITHOUT prejudice, in the above-captioned action.

Dated: September 9, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　　　　　Gary M. Klinger (SBN 6303726)
　　　　　　　　　　　　　　　　　　　　　　　　**MASON LIETZ & KLINGER LLP**
　　　　　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-2290
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 429-2294
　　　　　　　　　　　　　　　　　　　　　　　　gklinger@masonllp.com

　　　　　　　　　　　　　　　　　　　　　　　　Gregory L. Shevlin (SBN 6199414)
　　　　　　　　　　　　　　　　　　　　　　　　**COOK, BARTHOLOMEW,**
　　　　　　　　　　　　　　　　　　　　　　　　**SHEVLIN, COOK & JONES, LLP**
　　　　　　　　　　　　　　　　　　　　　　　　12 West Lincoln Street
　　　　　　　　　　　　　　　　　　　　　　　　Belleville, IL 62220
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (618) 235-3500
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (618) 235-7286
　　　　　　　　　　　　　　　　　　　　　　　　gls@cooklawoffice.com

       Katrina Carroll
       **CARLSON LYNCH, LLP**
       111 W. Washington Street, Suite 1240
       Telephone: (312) 750-1265
       Facsimile: (312) 212-5919
       kcarroll@carlsonlynch.com

       Jonathan M. Jagher
       **FREED KANNER LONDON & MILLEN LLC**
       923 Fayette Street
       Conshohocken, PA 19428
       Telephone: (610) 234-6487
       jjagher@fklmlaw.com

       Brian M. Hogan
       **FREED KANNER LONDON & MILLEN LLC**
       2201 Waukegan Road, Suite 130
       Bannockbum, IL 60015
       Telephone: (224) 632-4500
       bhogan@fklmlaw.com

       *Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed the foregoing document with the Clerk of the Court for the Southern District of Illinois via the Court's CM/ECF System, which will automatically send notification of such filing to all counsel of record.

       */s/ Gary M. Klinger*
       Gary M. Klinger (SBN 6303726)