IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN BRIDGES, et al,** *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> vs. <br><br> **BLACKSTONE, INC.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:21-cv-1091-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on August 16, 2022 (Doc. 42), as well as the Order entered on July 8, 2022 (Doc. 41), this action is **DISMISSED without prejudice** and the case is closed.

IT IS SO ORDERED.

DATED: August 16, 2022

MONICA A. STUMP, Clerk of Court
*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1