# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAROLYN BRIDGES, et al,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **BLACKSTONE, INC.,** <br><br> Defendant. | Case No. 3:21-cv-1091-DWD |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. App. P. 4(a)(1)(A), Plaintiffs Carolyn Bridges and Raymond Cunningham hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Action (Doc 43), the Court's Text-Entry Order directing entry of judgment and closing of case (Doc 42), and Memorandum and Order (Doc 41), all ordered by the District Court for the Southern District of Illinois, Honorable David W. Dugan, dated August 16, 2022, August 16, 2022, and July 8, 2022, respectively.

Dated:  August 23, 2022

Respectfully submitted,

*/s/ Gregory L. Shevlin*
Gregory L. Shevlin, IL #6199414
**COOK, BARTHOLOMEW, SHEVLIN,**
 **COOK & JONES, LLP**
12 West Lincoln St.
Belleville, IL  62220
Phone: (618) 235-3500
Fax: (618) 235-7286
gls@cbsclaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS**
**GROSSMAN, PLLC**

227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington Street, Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
katrina@lcllp.com

Jonathan M. Jagher
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
jjagher@fklmlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served this 23rd day of August, 2022, by the Court's CM/ECF filing system to Counsel of Record:

                                               /s/ Gregory L. Shevlin